**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                                                    Case No. 24-35112 (KYP)

JOSEPH J. MENDINGHALL, JR.,                                      Chapter 13

                        Debtor.
-----------------------------------------------------------x
JOSEPH J. MENDINGHALL, JR.,

                        Plaintiff,

    -against-                                                                       Adv. Proc. No. 24-09021 (KYP)

CITY OF MIDDLETOWN,
CHARLES TRAN PROPERTY LLC,
and CHESWOLD (TL), LLC
                        Defendant.
-----------------------------------------------------------x

**NOTICE OF BENCH RULING ON**
**MOTION TO DISMISS ADVERSARY PROCEEDING**

On December 10, 2024, the Court held a hearing to consider Defendant Charles Tran Property LLC's *Motion to Dismiss Adversary Proceeding* (ECF Doc. # 11) (the "Motion") and the related joinders and opposition. At the conclusion of the hearing, the Court took the matter under advisement. The parties submitted various post-hearing documents on December 17, 2024 (ECF Doc. # 35), January 10, 2025 (ECF Doc. # 37), January 13, 2025 (ECF Doc. # 39), January 23, 2025 (ECF Doc. # 40), and March 29, 2025 (ECF Doc. # 46).

**PLEASE TAKE NOTICE** that the Court will issue a bench ruling on the Motion on **Thursday, April 10, 2025 at 10:00 a.m. (prevailing Eastern Time)**, at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601-3315.

**PLEASE TAKE FURTHER NOTICE** that parties may appear virtually via Zoom. Parties wishing to appear at the Hearing must make an electronic appearance through the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances, no later than 4:00 p.m. (prevailing Eastern Time) two business days before the Hearing.



**Dated: April 7, 2025**
**Poughkeepsie, New York**

/s/ Kyu Y. Paek
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**